AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

NICHOLAS RHEAULT and
DONALD E. WHITNEY, III

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1642-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 2 - December 7, 2004 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally conspire to distribute ecstasy,

in violation of Title 18 United States Code, Section(s) 846

I further state that I am a(n) Special Agent and that this complaint is based on the following
    Official Title

facts:

See the attached affidavit of David DiTullio, Special Agent, Drug Enforcement Administration, Mobile Enforcement Team

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
S/A David DiTullio

Sworn to before me and subscribed in my presence,

2/1/05                                        at    Worcester, Massachusetts
Date                                                 City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.